# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE BIG BEAR VALLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. 5:23-cv-01609-SP <br><br> **JUDGMENT** |

Pursuant to the Memorandum Opinion and Order on Motions for Summary Judgment, IT IS HEREBY ADJUDGED that judgment is granted in favor of defendants, and this action is dismissed with prejudice.

Dated: March 31, 2025

_____
SHERI PYM
United States Magistrate Judge